FOIA Summons (12/11) (Page 2)

Civil Action No.  17-cv-87

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   the United States Department of Justice

was received by me on *(date)*        01/17/2017

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   I sent the summons by certified mail, in accordance with Fed. R. Civ. P. 4(i)(2), on Jan. 17, 2017.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00  .

I declare under penalty of perjury that this information is true.

Date:     01/30/2017                              *Server's signature*

Ian MacDougall
*Printed name and title*

The New York Times Company
620 Eighth Avenue, 18th Floor
New York, NY 10018
*Server's address*

Additional information regarding attempted service, etc:



🌐 English     ℹ️ Customer Service     📱 USPS Mobile                                    👤 Register / Sign In

# ◤USPS.COM®

| Search or Enter a Tracking Number | Search |

| Quick Tools | | Mail & Ship | Track & Manage | Postal Store | Business | International | Help |

# USPS Tracking®

**Still Have Questions?**
**Browse our FAQs ›**

**Get Easy Tracking Updates ›**
**Sign up for My USPS.**

**Tracking Number: 70131090000229006893**

 ✅ Delivered

**Updated Delivery Day: Monday, January 23, 2017** ?

## Product & Tracking Information

## Available Actions

**Postal Product:**          **Features:**
First-Class Mail®            Certified Mail™          Return Receipt

**Text Updates**        ⊖

**Email Updates**       ⊖

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 23, 2017 , 4:38 am** | **Delivered** | **WASHINGTON, DC 20530** |

Your item was delivered at 4:38 am on January 23, 2017 in WASHINGTON, DC 20530.

| | | |
|---|---|---|
| January 22, 2017 , 8:57 am | Business Closed | WASHINGTON, DC 20530 |
| January 22, 2017 , 8:19 am | Arrived at Hub | WASHINGTON, DC 20018 |
| January 19, 2017 , 2:47 pm | In Transit to Destination | |
| January 18, 2017 , 2:47 pm | Arrived at USPS Destination Facility | WASHINGTON, DC 20066 |
| January 17, 2017 , 8:26 pm | Arrived at USPS Origin Facility | NEW YORK, NY 10199 |
| January 17, 2017 , 7:20 pm | Departed Post Office | NEW YORK, NY 10018 |
| January 17, 2017 , 4:34 pm | Acceptance | NEW YORK, NY 10018 |

## Track Another Package

**Tracking (or receipt) number**

| | Track It |

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**

