# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEW YORK TIMES COMPANY, *et al.*,<br><br>　　Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　Defendant. | Civil Action No. 1:17-cv-00087 |

## STATEMENT OF MATERIAL FACTS AS TO WHICH
## DEFENDANT CONTENDS THERE IS NO GENUINE ISSUE

1. The Department of Justice Office of Legal Counsel ("OLC") had construed Plaintiffs' FOIA request to seek all memoranda by Assistant Attorney General Theodore Olson regarding surveillance dated in May 1984, and determined that two records are responsive to that request. Declaration of Paul P. Colborn ("Colborn Decl.") ¶ 9.

2. OLC withheld both responsive records ("Document 1" and "Document 2" herein) in full pursuant to FOIA Exemption 5, based on the attorney-client privilege. Colborn Decl. ¶ 9.

3. Document 1 is a cover memorandum transmitting an OLC legal advice memorandum, which contains an unclassified partial summary of the OLC legal advice memorandum, including a description of the solicitation of advice and a summary of the memorandum's conclusion. Colborn Decl. ¶ 11.

4. Document 2 is a classified OLC legal advice memorandum, addressed to the Attorney General and signed by OLC Assistant Attorney General Theodore Olson. Colborn Decl. ¶ 12.

5. Document 2 was written in response to confidential communications from an executive branch client soliciting legal advice from OLC attorneys regarding contemplated intelligence activities. Colborn Decl. ¶ 12.

6. Document 2 contains confidential client communications made for the purpose of seeking legal advice. Colborn Decl. ¶ 12.

7. Document 2 contains predecisional legal advice from OLC attorneys for eventual transmission to an executive branch client as part of governmental deliberative processes. Colborn Decl. ¶ 12.

8. Documents 1 and 2 do not contain reasonably segregable, nonexempt information because all factual information contained in the documents was provided to OLC in confidence for the purpose of seeking legal advice from OLC. Colborn Decl. ¶ 20.

9. Having been asked to provide legal advice, the OLC attorneys preparing Documents 1 and 2 stood in a relationship of trust with their executive branch client. Colborn Decl. ¶¶ 4, 16.

10. Documents 1 and 2 in the instant case correspond to OLC 1 and OLC 2 in *ACLU v. NSA*, 2017 WL 1155910 (S.D.N.Y Mar. 27, 2017). Colborn Decl. ¶ 13.

11. The confidentiality of OLC's legal advice is particularly important in light of OLC's role in the decisionmaking process because OLC is often asked to provide advice and analysis with respect to very difficult and unsettled issues of law. Colborn Decl. ¶ 3.

12. OLC is often asked to provide advice on issues that arise in connection with highly complex and sensitive activities of the Executive Branch on matters that can be quite controversial. Colborn Decl. ¶ 3.

13. So that executive branch officials may continue to request, receive, and rely on candid legal advice from OLC on such sensitive matters, it is essential that OLC legal advice provided in the context of internal deliberations—and executive branch officials' willingness to seek such advice—not be inhibited by concerns about public disclosure. Colborn Decl. ¶¶ 3, 4.

14. OLC provides advice and prepares opinions addressing a wide range of legal questions involving the operations of the Executive Branch. Colborn Decl. ¶ 2.

15. OLC does not purport to make policy decisions for client executive branch agencies. Colborn Decl. ¶ 2.

16. OLC lacks authority to make policy decisions for client executive branch agencies. Colborn Decl. ¶ 2.

17. OLC's legal advice and analysis may inform the decisionmaking of executive branch officials on matters of policy, but OLC's legal advice is not itself dispositive as to any policy adopted. Colborn Decl. ¶ 2.

Dated: May 5, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director,
Federal Programs Branch

 */s/ Julia A. Berman*
JULIA A. BERMAN (D.C. Bar No. 986228)

- 4 -

Trial Attorney
julia.berman@usdoj.gov
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel: (202) 616-8480
Fax: (202) 616-8470

*Attorneys for Defendant*